# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00283-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DONALD ALLEN GRIMM,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On February 21, 2008, the Probation Office was advised that the defendant had submitted a motion to the Court requesting early termination of supervision in his case prior to the scheduled termination date. The Probation Office does not object to the proposed relief. On February 25, 2008, the Probation Office was advised that the Government does not object to the proposed relief.

Accordingly, it is:

ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

DATED at Denver, Colorado, this 28th day of February, 2008.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge